


# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
 Plaintiff

CASE NUMBER: CR: 14-6141-AOV

VS.

Jeremy Hobson
 Defendant

REPORT COMMENCING CRIMINAL ACTION

05213-104
USMS NUMBER

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
(CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS. INFORMATION THAT IS NOT APPLICALBE, MARK N/A

(1) DATE AND TIME OF ARREST: 5-8-14 A.M. 10 P.M.
(2) LANGUAGE SPOKEN: ENGLISH
(3) OFFENSE CHARGED: PWID METH T21 USC 846
(4) DATE OF BIRTH: 5-3-1971
(5) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
  { } INDICTMENT
  {✓} COMPLAINT TO BE FILED/ALREADY FILED
  { } BENCH WARRANT FOR FAILURE TO APPEAR
  { } PROBATION VIOLATION WARRANT
  { } PAROLE VIOLATION WARRANT
ORIGINAL DISTRICT:

(6) REMARKS:
(7) DATE: 5-8-14   (8) ARRESTING OFFICER: SA CRYSTAL CONNORS
(9) AGENCY: DEA   (10) PHONE: 733-740-5863
(11) COMMENTS: