**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 14-6141-VALLE

UNITED STATES OF AMERICA

                    Plaintiff,

vs

**ORDER ON INITIAL APPEARANCE**
**Language**: **English**

AUSA: M. Anton (Duty L. Bardfeld)

JEREMY HOBSON,
                    Defendant.

_____

    The above-named defendant having been arrested on 05/08/14 and having appeared before the court for initial appearance on 05/09/14 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

    **ORDERED** as follows:

1. _____
    appeared as permanent/temporary counsel of record.
    Address:_____
    Zip Code: _____  Telephone: _____

2. _____FEDERAL PUBLIC DEFENDER. (J Smith)_____
appeared as permanent counsel of record.
    Address: _____
Zip Code: _____  Telephone: ____954-356-7436_____

3. **The defendant shall attempt to retain counsel and shall appear before the court at _____ on_____**
**_____before Judge _____.**

4. **Arraignment/Preliminary/Removal/Identity** hearing is set for **05/23/14 at 1:00 P.M. Before Duty Magistrate Judge (SNOW)**

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because_____ A Detention/Bond hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _May 14, 2014 @ 11:00 AM.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, _Duty USS_ pursuant to 18 U.S.C. 3142: _____ This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

____a. Surrender all passports and travel documents to the Pretrial Services Office and do not obtain passport.

____b. Report to Pretrial Services as follows:_____as directed;___times a week /month by phone, ____times a week/month___in person; other _____

____c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

____d. Maintain or actively seek full time gainful employment.

____e. Maintain or begin an educational program.

____f. Avoid all contact with victims of or witnesses to the crimes charged.

____g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

____h. Comply with the following curfew:_____

_____i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

_____j. Comply with the following additional special conditions of this bond:
_____

bond was set: At Arrest _____
            On Warrant _____
            After Hearing _____

If  bond is changed from that set in another District, the reason pursuant to Rule 40(f) is_____
_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the   conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and   revocation of release and to various civil and criminal sanctions for any violation of those conditions.   These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED**   at Fort Lauderdale, Florida this 9th day of May, 2014.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: Assistant U.S. Attorney
     Defendant
     Counsel
     Copy for Judge
     Pretrial Services/Probation