UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT MINUTES**

U.S. MAGISTRATE JUDGE ALICIA O. VALLE - FORT LAUDERDALE, FLORIDA

DEFT: JEREMY HOBSON (J)#05213-104    CASE NO: 14-6141-VALLE
AUSA: (M. ANTON DUTY) L. BARDFELD    ATTY:
AGENT:                               VIOL: 21:USC 841

PROCEEDING: INITIAL APPEARANCE       RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no     COUNSEL APPOINTED: FPD. J. Smith.
BOND SET @:                          To be cosigned by:

☐ All standard conditions            — Advised of Charges.

☐ Do not encumber property.

☐ Surrender and / or do not obtain passports / travel documents.    Sworn/Test.

☐ Rpt to PTS as directed / or _ x's a week/month by phone; _ x's a week/month in person. FTL    Court finds Deft Indigent.

☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.    FPD. J. Smith.

☐ Maintain or seek full-time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew/Electronic Monitoring:

☐ Travel extended to:

☐ Other:

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:

REPORT RE COUNSEL:
(PTD)/BOND HEARING: May 14, 2014    11:00 AM    DUTY FTL (snow)
PRELIM/ARRAIGN OR REMOVAL: MAY 23, 2014 AT 1:00 P.M. (DUTY FTL SNOW)

STATUS CONFERENCE:

DATE: 05/09/2014    TIME: 11:30 AM    FTL/TAPE/# AOV-    Begin DAR: 11:36:58    4

{ 10 Mins }