UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-6141-VALLE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEREMY HOBSON,

    Defendant.
    _____/

**DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL**

    The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

    The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant.

Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

                Respectfully submitted,

                MICHAEL CARUSO
                FEDERAL PUBLIC DEFENDER

By:   *s/ Jan C. Smith, II*
       Assistant Federal Public Defender
       Florida Bar No. 0117341
       One East Broward Boulevard, Suite 1100
       Fort Lauderdale, Florida 33301
       Tel: 954-356-7436, Fax: 954-356-7556
       E-Mail: jan_smith@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on <u>May 12, 2014</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                By: *s/ Jan C. Smith, II*, AFPD

## SERVICE LIST

UNITED STATES v. JEREMY HOBSON
Case No.  14-6141-VALLE
United States District Court, Southern District of Florida

Jan C. Smith, II
jan_smith@fd.org
Assistant Federal Public Defender
One East Broward Boulevard, Suite 1100
Fort Lauderdale, FL. 33301
Tel: 954-356-7436
Fax: 954-356-7556
Attorney for Defendant
Notice of Electronic Filing

Marc Stuart Anton
marc.anton@usdoj.gov
Assistant United States Attorney
500 East Broward Boulevard, 7th Floor
Fort Lauderdale, FL 33394
Tel: 954-660-5668
Fax: 954-356-7336
Attorney for the Government
Notice of Electronic Filing