UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.14-60118-CR-DIMITROULEAS

UNITED STATES OF AMERICA

v.

JEREMY HOBSON,

                 Defendant.
_____/

**GOVERNMENT'S MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. 3353(e) AND U.S.S.G. §5K1.1 SUBSTANTIAL ASSISTANCE**

      The United States of America by and through the undersigned Assistant United States Attorney, hereby requests pursuant to Section 5K1.1 of the Sentencing Guidelines that the defendant be sentenced below the applicable advisory guideline range, and states as follows:

      1.  On August 8, 2014, defendant JEREMY HOBSON ("HOBSON") pleaded guilty to Count One of the Criminal Indictment pursuant to a written plea agreement charging the defendant with conspiracy to possess with intent to distribute a detectable amount of methamphetamine, in violation of 21United States Code, Section 846.

      2.   Defendant HOBSON is scheduled to be sentenced on October 21, 2014.

      3.  The defendant has provided substantial assistance in the investigation and prosecution of other persons who have committed violations of state and federal law.   The government

respectfully requests the opportunity to fully inform the Court, at the time of sentencing, as to the extent of the defendant's cooperation.

Respectfully submitted,<br>
WIFREDO A. FERRER<br>
UNITED STATES ATTORNEY

By:   *Scott H. Behnke*
    Scott H. Behnke
    Assistant U.S. Attorney
    Attorney No. A5500005
    500 East Broward Blvd., 7th Floor
    Fort Lauderdale, Florida 33301
    Tel: (954) 660-5698
    Fax: (954) 356-7336
    email: scott.behnke@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 20, 2014, I electronically filed a true and correct copy of this document with the Clerk of the Court using CM/ECF.

Jan Smith, AFPD
Attorney for Jeremy Hobson
Federal Public Defender's Office
1 East Broward Boulevard, Suite 1100
Fort Lauderdale, Fl.   33301         *Scott H. Behnke*
                                      Scott H. Behnke
                                      Assistant U.S. Attorney

˜2˜