TIME IN COURT: **15 min.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA            CASE NO. **14-60118**

VS.

**Jeremy Alan Hobson**

SENTENCING MINUTES

DATE: **October 21, 2014**          Deputy Clerk: **Karen Carlton**
AUSA: **Scott Behnke**              Defense Counsel: **Joe Smith, AFPD**
                                    Interpreter: _____
                                    Court Reporter: **Francine Salopek**

_____ Deft. Failed to Appear. Warrant to Issue. Bond Forfeited.

_____ Sentencing continued to __/__/____ at _____ am/pm

JUDGMENT AND SENTENCE

Imprisonment: **42** Months _____ Counts

_____

Supervised Release: **4 years**

Conditions of Supervised Release: ___ Maintain Employment  ✓ Search of Property
                                  ✓ — Mental health
___ Deportation  ✓ Drug/Alcohol Treatment  ✓ Financial Disclosure  ___ No new debt

___ No self-employment without permission  ___ Occupational Restriction

___ Computer restriction  ___ Home Detention with/without Electronic Monitoring

Other _____
**Gov't's 5K1.1 motion filed and Granted**

Assessment **$100**  Fine **none**  Restitution _____

Remaining Counts Dismissed on Government Motion: _____

✓ Defendant advised of right to appeal.

___ Deft remanded to U.S. Marshal  ___ Released on Bond pending Appeal

___ Deft to voluntary surrender to ___ designated institution or ___ Office of the U.S. Marshal

On or before _____

Recommendations to the Bureau of Prisons: **500 hour drug treatment program & designation to a South Florida facility.**