UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        CASE NO. 14-60118-CR-DIMITROULEAS

    Plaintiff,

vs.

WILLIAM EARL GIBBS,

    Defendant.
_____/

# **O R D E R**

THIS CAUSE is before the Court on Defendant's October 27, 2014 Sentencing Memorandum. The Court heard arguments on October 28, 2014 on Defendant's request for a downward departure/variance. Said request is Granted. He cooperated to the fullest extent. He has major health problems and a longer sentence is not needed to protect the public.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of October, 2014.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record